EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2004

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON FURTADO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. CR 04-00233 DAE <br><br> INDICTMENT <br><br> [18 U.S.C. §922(g)(9); and <br> 18 U.S.C. §924(a)(2)] |

INDICTMENT

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about April 12, 2004, in the District of Hawaii, defendant, JASON FURTADO, then being a person who had been convicted of a misdemeanor crime of domestic violence, did



knowingly possess in and affecting commerce, a firearm, to wit, a Remington Scoremaster model 511 .22 caliber rifle bearing no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: June 16, 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. JASON FURTADO
"Indictment"
Cr. No. _____

2