EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2005

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00233 DAE |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| JASON FURTADO, | |
| Defendant. | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant on the grounds that there is insufficient evidence to prosecute after this Honorable Court's

"Order Granting Defendant's Motion to Suppress Evidence," filed on April 8, 2005. This court held that the recovery of a .22 caliber rifle violated the Fourth Amendment and must be suppressed. Accordingly, the government cannot pursue a prosecution alleging that the defendant's possession of firearm after being convicted of a misdemeanor crime of domestic violence was in violation of Title 18, United States Code, Section 922(g)(9).

The defendant is currently not in custody.

DATED:  Honolulu, Hawaii, _____.

        EDWARD H. KUBO, JR.
        UNITED STATES ATTORNEY
        District of Hawaii

By _____
   EDRIC M. CHING
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**DAVID ALAN EZRA**
UNITED STATES DISTRICT COURT JUDGE

APR 1 3 2005

United States v. Jason Furtado
Cr. No. 04-00233 DAE
"Order for Dismissal"

2