AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

Plaintiff,

V.

JASON FURTADO,

Defendant.

**AMENDED WARRANT FOR ARREST**

CASE NUMBER: 04-401 BMK

CR 04-00233 DAE

To:   The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JASON ~~JEFF~~ FURTADO

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

the unlawful possession of a firearm.
Violation of Title 18, United States Code, Section 922(g)(9).

BARRY M. KURREN

Name of Issuing Officer

Signature of Issuing Officer   Date and Location

TO BE DETERMINED

Bail fixed at $

United States Magistrate Judge

Title of Issuing Officer

May 25, 2004 / Honolulu, HI

BARRY M. KURREN, United States Magistrate Judge

Name of Judicial Officer



AO 442 (Rev. 3/99) Warrant for Arrest

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  SPECIAL AGENT  Gery J. Grafmey | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  6-8-0? | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK